Garrett Coyle
950 Pennsylvania Avenue NW
Washington 20530 DC
(202) 598-2929



## United States District Court
### In the Eastern District of Pennsylvania

Attorney General of the United States of America

v.

Federacion de Alcades Pedaneo

Case No.:5:23-cv-01575-JMG

**AFFIDAVIT OF SERVICE**

STATE OF NY
COUNTY OF Kings ss

I, **Musab Nassar**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On **6/15/2023** at **8:25** AM/(PM), served Federacion de Alcades Pedaneo, c/o Jose G. Vidal with the following list of documents:
**Summons & Complaint**

Said service was executed at: **3333 Broadway, Apt D120**   **NY**   **NY**   **10031**
Address — City — State — Zip

☒ Personally served.
☐ Adult family member with whom said Respondent resides.
  Name: _____ Relationship: _____
☐ Adult in charge of Respondent's residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☐ Agent or person in charge of Respondent's office or usual place of business.
  Name: _____ Title: _____
☐ Other: _____ **Wears glasses**

Description of person process was left with:
Sex: **Male**  Skin: **White**  Hair: **Bald**  Age: **40-55**  Height: **5'4"-5'8"**  Weight: **over 200**

Non-Service: After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: (1) ___ Date ___ Time   (2) ___ Date ___ Time   (3) ___ Date ___ Time   (4) ___ Date ___ Time

Comments: _____

**Musab Nassar**
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P207849